In the Matter of the Probate of the Will of ALFRED A. SUAREZ, Deceased. GERALDINE I. SUAREZ, Respondent; ARMANDO L. SELGAS et al., Appellants.— Decree and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

BEATRICE KURZROK et al., Respondents, v. MOLNAR'S FRENCH PASTRY SHOP, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

VINCENT P. HORAN, Respondent, v. JOHN F. TROMMER, INC., Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

THERESA DI DOMENICO, as Executrix of PETER V. DI DOMENICO, Deceased, and as General Guardian of ANTHONY DI DOMENICO, an Infant, et al., Appellants, v. VINCENT DI DOMENICO, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

NANRI TRADING COMPANY, LTD., Respondent, v. STOCKARD & COMPANY, INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

MARTY MARIANI, Respondent-Appellant, and MARGUERITE MARIANI, Respondent, v. GAYER D. BELLAMY, Appellant-Respondent.— Judgment unanimously affirmed, with costs to the plaintiff-respondents. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

AUGUST LUCHOW, INC., Appellant, v. SAMANTO QUAIN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

In the Matter of ANNA DANS et al., Copartners Doing Business under the Name of 142 BAR AND GRILL, Petitioners, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination unanimously confirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LORELL MILTON, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.